UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JUSTIN T. BECKMAN, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:06-cv-384 |
| ) | (Guyton) |
| WILLIAM BIVENS, in his individual, ) | |
| and official capacity as Sheriff of Monroe ) | |
| County, Tennessee, and MONROE ) | |
| COUNTY, TENNESSEE, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This civil action is before the Court pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 14]. This matter is currently before the Court for consideration of plaintiffs' Motion to Continue Trial Date and Extend Pretrial Deadlines [Doc. 58], filed May 19, 2008. Defendants do not oppose plaintiffs' motion.

In their motion, plaintiffs request that the trial in this matter, currently set for August 26, 2008, be continued approximately ninety days. In support of their motion, plaintiffs indicate their attorney was out of his office due to a serious illness for more than three weeks between the end of February and the end of March, which caused great difficulty in carrying out the necessary actions to complete pretrial deadlines and prepare for trial. Furthermore, plaintiffs' counsel has also been facing substantial, potentially life-altering personal and family issues, further contributing to his inability to properly prepare for trial.

The Court finds plaintiffs' Motion to Continue Trial Date and Extend Pretrial Deadlines **[Doc. 58]** to be well-taken and is hereby **GRANTED**. Accordingly, the trial scheduled for **August 26, 2008**, is hereby **CANCELLED** and **RESCHEDULED** for **January 7, 2009, at 9:00 a.m.** The Court will enter a separate amended scheduling order reflecting the new pretrial deadlines.

**IT IS SO ORDERED.**

                **ENTER:**

                   s/ H. Bruce Guyton
                  United States Magistrate Judge