UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JUSTIN T. BECKMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:06-CV-384 |
| ) | (GUYTON) |
| WILLIAM BIVENS, in his individual and ) | |
| his official capacity as Sheriff of Monroe ) | |
| County, Tennessee, and MONROE ) | |
| COUNTY, TENNESSEE, ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons set forth more fully in the accompanying Memorandum Opinion, the defendants' motion **[Doc. 65]** is **GRANTED in part**, to the extent that the claims of Jeb Brown, Chuck Hunt, George Williams, Laurie McDaniel, and James Shaw are **DISMISSED with prejudice**, as are all claims against defendant Monroe County and as to Bivens in his official capacity; and **DENIED in part** as to plaintiffs Justin Beckman, Barbara Collake, Dustin Cook, Michael Dion, Jacob Keener, Olwin Norman, Tonia Norwood, and Christopher Williams. The remaining claims against defendant Bivens in his individual capacity will proceed to trial on August 3, 2009.

**IT IS SO ORDERED:**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge